**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick Sean Johnsen Sr. aka Patrick S. Johnsen, Sr. aka Patrick Johnsen, Sr. aka Patrick Sean Johnsen aka Patrick S. Johnsen aka Patrick Johnsen <br><br>　　　　　　　　　Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-12369 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esq.**
　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734