# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12369-JKF

PATRICK SEAN JOHNSEN SR

538 EASTON RD  BOX 171

RIEGELSVILLE, PA 18077-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    PATRICK SEAN JOHNSEN SR

    538 EASTON RD  BOX 171

    RIEGELSVILLE, PA 18077-

**Counsel for debtor(s), by electronic notice only.**
    TULLIO DELUCA
    LAW OFFICE OF TULLIO DELUCA
    381 N. 9TH STREET
    SCRANTON, PA 18503-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 6/8/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee