# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12369-JKF

PATRICK SEAN JOHNSEN SR

538 EASTON RD  BOX 171

RIEGELSVILLE, PA 18077-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PATRICK SEAN JOHNSEN SR

538 EASTON RD  BOX 171

RIEGELSVILLE, PA 18077-

Counsel for debtor(s), by electronic notice only.

TULLIO DELUCA
LAW OFFICE OF TULLIO DELUCA
381 N. 9TH STREET
SCRANTON, PA 18503-

Date: 6/16/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee