**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PATRICK SEAN JOHNSEN SR                                    Chapter 13

                    Debtor                Bankruptcy No. 17-12369-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: July 27, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TULLIO DELUCA
LAW OFFICE OF TULLIO DELUCA
381 N. 9TH STREET
SCRANTON, PA 18503-

Debtor:
PATRICK SEAN JOHNSEN SR

538 EASTON RD  BOX 171

RIEGELSVILLE, PA 18077-