United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12369-jkf
Patrick Sean Johnsen, Sr.                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2               Date Rcvd: Jul 27, 2017
                              Form ID: pdf900           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db          +Patrick Sean Johnsen, Sr.,   538 Easton Rd.,   Box 171,   Riegelsville, PA 18077-7203
13895155    +Barclays,   Card Services,   P.O. Box 8802,   Wilmington, DE 19899-8802
13895156    +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13895157     EdFinancial Services,   P.O. Box 36008,   Knoxville, TN 37930-6008
13895158    +EdFinancial Services, LLC,   120 N. Seven Oaks Dr.,   Knoxville, TN 37922-2359
13915104    +Edfinancial on behalf of US Dept. of Education,   120 N. Seven Oaks Dr.,
              Knoxville, TN 37922-2359
13895159    +Keystone Collections Group,   P.O. Box 499,   Irwin, PA 15642-0499
13895160    +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005
13895162    +Lexis Financial Services,   Attn: Bankruptcy Dept.,   P.O. Box 8026,
              Cedar Rapids, IA 52408-8026
13895164    +Marie T. Johnsen,   538 Easton Rd.,   Box 171,   Riegelsville, PA 18077-7203
13895163     Marie T. Johnsen,   Box 171,   538 Easton Rd.,   Riegelsville, PA 18077-7203
13895165    +Milstead & Associates, LLC,   1 E. Stow Rd.,   Marlton, NJ 08053-3118
13895166     Navient U S. Dept of Education Loan Serv,   P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
13899533    +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13895172    +Select Portfolio Servicing,   Attn: Bankruptcy Department,   P.O. Box 65450,
              Salt Lake City, UT 84165-0450
13895173    +St. Luke's University Health Network,   801 Ostrum St.,   Bethelehem, PA 18015-1000
13895174    +Stern & Eisenberg, PC,   1581 Main Street, Suite 200,   The Shops at Valley Square,
              Warrington, PA 18976-3400
13922180    +Toyota Motor Credit Corporation (See 410),   PO Box 9013,   Addison, Texas 75001-9013
13895176     Wells Fargo Bank, N.A.,   Default Document Processing,   MAC#N9286-01Y,   1000 Blue Gentian Rd.,
              Eagan, MN 55121-7700
13910167    +Wells Fargo Bank, N.A. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
13895177    +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:03    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 01:45:45    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13895154     E-mail/Text: ebn@americollect.com Jul 28 2017 01:49:47    Americollect, Inc.,
              1851 S. Alverno Rd.,   Manitowac, WI 54220
13895153    +E-mail/Text: bkrpt@retrievalmasters.com Jul 28 2017 01:49:42
              American Medical Collection Agency,   4 Westchester Plaza, Suite 110,
              Elmsford, NY 10523-1615
13895161    +E-mail/Text: bk@lendingclub.com Jul 28 2017 01:50:11    Lending Club,
              71 Stevenson St., Ste. 300,   San Francisco, CA 94105-2985
13895167    +E-mail/Text: bankruptcy@nbtbank.com Jul 28 2017 01:49:56    NBT,   52 S. Broad St.,
              Norwich, NY 13815-1699
13915220    +E-mail/Text: bankruptcy@nbtbank.com Jul 28 2017 01:49:56    NBT Bank, NA,
              52 South Broad Street,   Norwich, NY 13815-1699
13907021    +E-mail/Text: ext_ebn_inbox@navyfederal.org Jul 28 2017 01:50:21    Navy Federal Credit Union,
              PO Box 3000,   Merrifield, VA 22119-3000
13895168     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:31    PA Dept. of Revenue,
              Bankruptcy Division,   Dept. 280946,   Harrisburg, PA 17128-0496
13926983     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:31
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, Pa. 17128-0946
13930678     E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2017 01:49:23
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13895175     E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 01:45:31    Synchrony Bank/Nautilus,
              Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13895171      Sean A. Coville
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
13895169*    +Patrick Sean Johnsen, Sr.,   538 Easton Rd.,   Box 171,   Riegelsville, PA 18077-7203
13895170     ##Progressive Physician Associates, Inc.,   P.O. Box 20647,   Lehigh Valley, PA 18002-0647
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: pdf900           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
```
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
               Certificates, Series 2007-5 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust
               Company N.A. as successor to JPMorgan Chase Bank, as Trus bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              TULLIO   DELUCA    on behalf of Debtor Patrick Sean Johnsen, Sr. tullio.deluca@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK SEAN JOHNSEN SR                    Chapter 13

              Debtor          Bankruptcy No. 17-12369-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: July 27, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TULLIO DELUCA
LAW OFFICE OF TULLIO DELUCA
381 N. 9TH STREET
SCRANTON, PA 18503-

Debtor:
PATRICK SEAN JOHNSEN SR

538 EASTON RD  BOX 171

RIEGELSVILLE, PA 18077-